UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WANDA COSTANZO,          )<br>          Plaintiff,          )<br>                                        )<br>-v-                                   )<br>                                        )<br>GLEN OAKS COMMUNITY COLLEGE,   )<br>DR. ANA GALLIAT, and KAREN GANGER,  )<br>          Defendants.          )<br>_____) | No. 1:13-cv-9<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having found that this Court lacks subject-matter jurisdiction over the action, and having remanded the action to the 45th Circuit Court, St. Joseph County, Michigan, under Fed. R. Civ. P. 58, **JUDGMENT** enters and **THIS ACTION IS TERMINATED.**

   **IT IS SO ORDERED.**


Date:   January 17, 2013                                    /s/ Paul L. Maloney                
                                                                         Paul L. Maloney
                                                                         Chief United States District Judge